UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| BRADLEY J. KIRBY, JR.,          )<br>                                                  )<br>             Plaintiff,                  )<br>                                                  )<br>     vs.                                       )<br>                                                  )<br>                                                  )<br>JOSEPH ARPAIO,                    )<br>                                                  )<br>             Defendant.             )<br>_____) | CIV 05-908 PHX JWS<br><br>ORDER AND OPINION<br><br>[Re: Motion at docket 15] |

## I.  MOTION PRESENTED

On October 5, 2005, at docket 15, defendant Joseph Arpaio filed a motion to dismiss the complaint by Bradley J. Kirby, Jr., for failure to exhaust administrative remedies.  By order at docket 16, Magistrate Judge Irwin set November 10, 2005, as the deadline for Kirby to respond to Arpaio's motion.  He did not respond by that date, but at docket 19, the magistrate judge extended the time to respond another ten days.  He did not respond within that time, either, and to date, he still has not filed a response.  Oral argument has not been requested and would not assist the court.

## II.  DISCUSSION

42 U.S.C. § 1997e(a) provides that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  In his complaint, Kirby admits he did not request administrative relief for any of his claims, but he asserts he was told his claims presented "non-grievable issues."[1]  This suggests that had he responded to Arpaio's motion, he would have argued that the court should consider his claims exhausted based on what he allegedly was told or conclude that there were no administrative procedures available for him to exhaust.  Those arguments would fail, however, because Kirby has not submitted any evidence, in the form of an affidavit or otherwise, that he was told there were no available administrative procedures or that there were, in fact, no administrative procedures available to him.

## III.  CONCLUSION

For the reasons set out above, the motion at docket 15 is **GRANTED**.  Kirby's complaint is **DISMISSED**.

DATED at Anchorage, Alaska, this 25th day of January, 2006.

```
                                        /s/
                             JOHN W. SEDWICK
                             UNITED STATES DISTRICT JUDGE
```

---

[1] Complaint attached to doc. 15, pp. 4-6.